IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

    -v-                                                14-MJ-550

ANDREW RYCKAERT,

                        Defendant.

---

### ORDER

Upon the application of the United States;

**IT IS HEREBY ORDERED**, that the criminal complaint, arrest warrant and all related attachments remain sealed until such time as all defendants named in the complaint are brought before this court for initial appearance, or until further order of the Court, but in any event, no later than six months from today's date, unless before that time further application is made and the Court extends the time for sealing.

DATED: Rochester, New York, March 26, 2014

                                                HONORABLE JONATHAN W. FELDMAN
                                                United States Magistrate Judge