AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| United States of America<br>v.<br><u>ANDREW RYCKAERT</u><br>*Defendant* | )<br>)<br>)  Case No.  14-MJ-550<br>)<br>) |

*FILED MAR 27 2014 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ANDREW RYCKAERT                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

the defendant did knowingly, using a facility or means of interstate or foreign commerce, persuade, induce, entice or coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

Date: 3/26/14

*Issuing officer's signature*

City and state:     Rochester, NY

Hon. Jonathan W. Feldman, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/26/14, and the person was arrested on *(date)* 3/27/14
at *(city and state)* Rochester, NY.

Date: 3/27/14

*Arresting officer's signature*

BARRY W. Couch, FBI Special Agent
*Printed name and title*