IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

14-MJ-550(JWF)

ANDREW RYCKAERT,

Defendant.



## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses the criminal complaint against Andrew Ryckaert, defendant.

DATED: Rochester, New York, April 16, 2014.

WILLIAM J. HOCHUL, JR.
United States Attorney

By: _____
MARISA J. MILLER
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

DATED: April 16, 2014